## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE SANTIAGO,                         :
                                       :
    Petitioner,    :
                                       :
    v.             :   No.: 4:17-CV-892
                                       :
BUREAU OF PRISONS, ET AL.,             :   (Judge Brann)
                                       :
    Respondents.   :

## <u>ORDER</u>

**AND NOW**, this 13th day of June 2017, in accordance with the accompanying

Memorandum, **IT IS HEREBY ORDERED** that:

1.    Santiago's habeas corpus petition is **DISMISSED WITHOUT**

       **PREJUDICE**.

2.    Petitioner may seek authorization from the United States Court of

       Appeals for the Second Circuit for leave to file a second or successive

       § 2255 petition.

3.    The Clerk of Court is directed to **CLOSE** this case.

4.    Based on the Court's conclusion herein, there is no basis for the

       issuance of a certificate of appealability.

                  BY THE COURT:


                  *s/ Matthew W. Brann*
                  Matthew W. Brann
                  United States District Judge